UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
              -v-                                                 :         23-CR-592 (JGLC)
                                                                  :
ABDULAI JALLOH,                                                   :         SCHEDULING ORDER
                                                                  :
                           Defendant.                             :
                                                                  :
------------------------------------------------------------------X

JESSICA G. L. CLARKE, United States District Judge:

  As ORDERED at the status conference held on **May 30, 2024**, Defendant's motion(s), if any, shall be filed by **July 8, 2024**. The Government's response shall be filed by **August 5, 2024**. Defendant's reply shall be filed by **August 19, 2024**.

  Trial in this case is scheduled for **January 27, 2025** at **10:00 a.m.**

  It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **December 27, 2024**. Any opposition to a motion *in limine* or trial memorandum shall be filed by **January 3, 2025**.

  Also on **December 27, 2024**, in accordance with the Court's Individual Trial Rules and Practices, available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke, the parties shall submit the proposed *voir dire*, proposed jury instructions, and proposed verdict forms by email to the Court (ClarkeNYSDChambers@nysd.uscourts.gov) as Microsoft Word documents. The parties shall also email to the Court and opposing counsel the parties' exhibit list and related requirements in the Court's Individual Rule 1(f).

  It is further ORDERED that the parties appear for a final pretrial conference on **January 13, 2025**, at **11:00 a.m.** in **Courtroom 11B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

  SO ORDERED.

Dated: June 14, 2024
    New York, New York

                       *Jessica Clarke*
                       _____
                       JESSICA G. L. CLARKE
                       United States District Judge