# PAUL W. SIEGERT
*Attorney & Counselor at Law*
50 Rockland Avenue
Yonkers, New York 10705
Tel: (212) 564-8181
Fax: (212) 564-4414
Email: paulsiegert@aol.com

June 12, 2024

**BY ECF**

**MEMO ENDORSED**

The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Abdulai Jalloh, 23 Cr. 592 (PAC)**

Dear Judge Clarke:

I represent the referenced defendant.

The Court will recall that by letter dated February 28, 2024, I requested a temporary modification of my client's curfew so that he could participate fully in his Muslim Ramadan prayer observance. That request was granted and Mr. Jalloh took part in his religious services without incident.

My client has approached me again and is asking for a slight modification in his 8-hour curfew in which he is restricted to his home from 10:00 p.m. to 6:00 a.m. Mr. Jalloh is a member of the Al-Huda Mosque located at 3979 White Plains Road, Bronx, New York. He informs me that there are five prayer times at his mosque, 4:00 a.m., 1:00 p.m., 5:00 p.m., 8:30 p.m. and 10:15 p.m. and that each prayer session is 15 minutes. Because of his obligation to comply with Probation's 10:00 p.m. to 6:00 a.m. curfew, he is unable to participate in 4:00 a.m. and 10:00 p.m. prayers.

It is asked that his curfew time be modified from 10:30 p.m. to 6:00 a.m. with further permission that Mr. Jalloh would be permitted to leave his house from 3:45 a.m. to 4:30 a.m. to attend prayer sessions at the Al-Huda Mosque. Mr. Jalloh informs me that he resides at 4353 Baychester Avenue, Bronx, New York and the trip by car to the

Mr. Siegert to Judge Clarke
Letter of June 12, 2024
USA v. Jalloh

Page 2.

---

mosque is 15 minutes. That would give him sufficient time to make the round trip and still participate in his religious ceremonies.

    Thank you for your kind attention and consideration.

                                  Most Respectfully,

                                  Paul W. Siegert

PWS/sp

cc:    Henry Ross, AUSA (by ECF and e-mail attachment)
       Vanessa Perdomo, U.S. Pretrial Services Officer
       [Vanessa_Perdomo@nyspt.uscourts.gov]

Application GRANTED. Mr. Jalloh's conditions of bail are modified as followed: home curfew from 10:30 p.m. to 6:00 a.m. with permission to attend in-person prayer sessions at the Al-Huda Mosque from 3:45 a.m. to 4:30 a.m. All other conditions of bail shall remain in effect.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 28, 2024
       New York, New York