

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

November 25, 2024

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Abdulai Jalloh*, 23 Cr. 592 (JGLC)

Dear Judge Clarke:

      The Government writes to respectfully request a 15-day adjournment of the Government's expert disclosures deadline in the above-captioned case, from November 27, 2024, to December 12, 2024. The requested adjournment would facilitate the parties' ongoing discussions regarding a potential pretrial resolution of the case, and would not affect the January 27, 2025 trial date or any other pretrial deadlines previously ordered by the Court. Mr. Siegert has advised the Government that the defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Henry Ross
Assistant United States Attorney
Tel: (212) 637-2442

Application GRANTED. The Government's expert disclosures deadline is EXTENDED to December 12, 2024. The Clerk of the Court is respectfully directed to terminate the letter motion at ECF No. 25.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: November 25, 2024
       New York, New York

cc:    Paul W. Siegert, Esq. (by ECF)