

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 20, 2024

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Abdulai Jalloh*, 23 Cr. 592 (JGLC)

Dear Judge Clarke:

    The Government writes with the defense's consent to respectfully request adjournments of: (i) the deadline for motions *in limine*, proposed voir dire, proposed jury instructions, and proposed verdict forms from December 27, 2024, to January 6, 2025; and (ii) the deadline for oppositions to motions *in limine* from January 3, 2025, to January 13, 2025. Consistent with the Court's directive during the December 18, 2024 telephonic conference, the parties are scheduled to appear before Magistrate Judge Robert W. Lehrburger on January 2, 2025 at 10:00 a.m. for a change-of-plea proceeding.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By: _____
Henry L. Ross
Assistant United States Attorney
Tel: (212) 637-2442

cc:    Paul W. Siegert, Esq. (by ECF)

---

Application GRANTED. The deadline for motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict forms is hereby extended from December 27, 2024, to January 6, 2025. The deadline for oppositions to motions in limine is hereby extended from January 3, 2025, to January 13, 2025. The final pretrial conference, previously scheduled for January 13, 2025 at 11:00 a.m. is hereby rescheduled to January 17, 2025 at 11:00 a.m.

SO ORDERED.

*Jessica Clarke*
United States District Judge

Dated: December 23, 2024
       New York, New York